UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OLSHAN FROME WOLOSKY LLP,

                      Plaintiff,                         19-CV-10457 (AJN)(SN)

      -against-                                    **ORDER**

SUTTONGATE HOLDINGS, LTD.,

                      Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Monday, April 20, 2020, the Honorable Alison J. Nathan assigned this matter to my docket for settlement. In light of the public health crisis caused by COVID-19, the Court is holding settlement conferences remotely by telephone. Settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a telephonic settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     May 4, 2020
              New York, New York